# EXHIBIT F



**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*    Washington, D.C. 20530

Ms. Marjorie Valbrun  
One Hundred Reporters  
Suite 316  
910 17th Street, NW  
Washington, DC 20006

JAN 0 6 2014

Re:   CRM-201300626F  
     PR2:GIS1

Dear Ms. Valbrun:

    This letter is in response to your Freedom of Information Act request dated July 23, 2013, in which you requested access to records concerning an investigation of "Siemen's Aktiengesellschaft (or Siemens AG), Siemens S.A. (Argentina), Siemens Bangladesh Ltd., and Siemens S.A. (Venezuela) for violations of the Foreign Corrupt Practices Act."

    After carefully considering your request, this Office has determined that all responsive records are exempt from disclosure pursuant to Exemption 7(A), which permits withholding records or information compiled for law enforcement purposes when disclosure could reasonably be expected to interfere with enforcement proceedings. 5 U.S.C. § 552(b)(7)(A).

    For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all requesters and should not be taken as an indication that excluded records do, or do not, exist.

    I am required by statute and regulation to inform you of your right to an administrative appeal of this determination. Your appeal must be in writing and addressed to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received within sixty days from the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Kenneth Courter  
Acting Chief  
FOIA/PA Unit