## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

100REPORTERS LLC,

                Plaintiff,

      v.

UNITED STATES DEPARTMENT OF JUSTICE,

                Defendant,             Civil Action No. 14-1264 (RC)

      and

SIEMENS AKTIENGESELLSCHAFT,
   Wittelsbacherplatz 2
   80333 Munich
   Germany,

                Proposed Defendant-
                Intervenor.

---

## <u>MOTION TO INTERVENE</u>

      Siemens Aktiengesellschaft ("Siemens"), by and through the undersigned counsel, hereby

moves to intervene in this action pursuant to Rule 24(a)(2) and Rule 24(b) of the Federal Rules

of Civil Procedure.  Plaintiff 100Reporters LLC ("100Reporters") brought the present action

under the Freedom of Information Act, 5 U.S.C. § 552, to compel the United States Department

of Justice ("DOJ") to produce certain categories of documents submitted in connection with

settlement agreements Siemens entered into in 2008 with both the DOJ and the United States

Securities and Exchange Commission ("SEC"), including annual reviews conducted by a

compliance monitor to evaluate Siemens' operations, policies, procedures, and controls.  The

materials Plaintiff seeks contain highly sensitive commercial information that Siemens has a

substantial interest in keeping confidential.  Siemens' interests would be impaired by a judgment

in Plaintiff's favor, and are not adequately represented by positions that the DOJ may advance in this action.

For these reasons, as more fully set forth in the attached Memorandum of Points and Authorities in Support of Siemens' Motion to Intervene, Siemens respectfully requests that this Court grant its motion to intervene.

Pursuant to Local Rule 7(m), counsel for Siemens has conferred with counsel for Plaintiff and the DOJ.  Plaintiff takes no position on Siemens' motion at this time, but reserves the right to oppose.  The DOJ does not take a position on Siemens' motion at this time.  In accordance with Local Rule 7(c) and 7(j), Siemens attaches a proposed order permitting intervention and its proposed answer to Plaintiff's complaint.

Dated:   Washington, DC
        October 20, 2014

DAVIS POLK & WARDWELL LLP

By:    /s Raul F. Yanes
        Raul F. Yanes

Raul F. Yanes (Bar Number 990221)
901 15th Street, N.W.
Washington, DC  20005
Telephone: (202) 962-7000
E-mail: raul.yanes@davispolk.com

Paul Spagnoletti
Michael Scheinkman
450 Lexington Avenue
New York, NY  10017
Telephone: (212) 450-4000
E-mail: paul.spagnoletti@davispolk.com
E-mail: michael.scheinkman@davispolk.com

*Attorneys for Proposed Defendant-Intervenor*
*Siemens Aktiengesellschaft*