UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 100REPORTERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant,<br><br>and<br><br>SIEMENS AKTIENGESELLSCHAFT,<br><br>Defendant-Intervenor,<br><br>and<br><br>DR. THEO WAIGEL,<br><br>Defendant-Intervenor. | Civil Action No. 14-1264 (RC) |

**DECLARATION OF JOEL KIRSCH
IN SUPPORT OF SIEMENS' MOTION FOR SUMMARY JUDGMENT**

I, Joel Kirsch, declare the following:

1. I currently serve as Vice President and Associate General Counsel, Siemens Corporation, and Head of Compliance Regulatory Case Handling for the Americas. Siemens Corporation is the parent company for Siemens' businesses in the United States. In my current capacity, I am responsible for all compliance regulatory matters in the Americas. I joined Siemens Corporation in 1998 and since that time have served in a variety of legal and compliance positions, including Head of Litigation. From April 2007 through May 2010, I

1

served as Chief Compliance Officer in the United States. In that position, I was responsible for the rollout of Siemens' global compliance program throughout Siemens' U.S. operations.

## BACKGROUND

2.    Siemens Aktiengesellschaft ("Siemens") is a global technology company focusing on the areas of electrification, automation, and digitalization. The Siemens group of companies employs roughly 348,000 employees in 192 countries.

3.    On December 15, 2008, Siemens entered into a plea agreement with the United States Department of Justice ("DOJ") and a consent decree with the United States Securities and Exchange Commission ("SEC") to resolve criminal and civil allegations that Siemens committed violations of the Foreign Corrupt Practices Act. As required by those agreements, Dr. Theo Waigel was engaged as corporate compliance monitor (the "Monitor") to assess the effectiveness of, and to recommend improvements to, Siemens' program for compliance with anti-corruption laws. Statement of Offense, Attachment 2, *United States v. Siemens Aktiengesellschaft*, Crim. No. 08-367 (RJL) (D.D.C. Dec. 15, 2008) (Dkt. No. 15) ¶¶ 1, 4.

4.    I understand that 100Reporters LLC ("100Reporters") submitted a request pursuant to the Freedom of Information Act ("FOIA") to the DOJ seeking disclosure of documents and materials provided to the DOJ in connection with Dr. Waigel's monitorship. I further understand that the DOJ has determined to withhold certain documents because those materials are protected from disclosure under certain FOIA exemptions.

5.    I am familiar with the plea agreement Siemens entered into in 2008 and the nature of the documents submitted to the DOJ during the monitorship. I make this Declaration based upon my personal knowledge and information available to me relating to the Siemens monitorship and Siemens' compliance program.

2

## SIEMENS' COMPLIANCE PROGRAM GENERALLY

6.    The current Siemens compliance program was developed beginning in 2007, in response to investigations undertaken by authorities in a number of countries worldwide, including the SEC and DOJ in the United States. These investigations exposed violations of anti-corruption laws and accounting regulations by Siemens.

7.    Siemens' settlements with the SEC and DOJ and other authorities worldwide would not have been possible without its development and implementation of a comprehensive new compliance program. Siemens has made compliance a leading corporate priority and has devoted substantial resources towards developing and continually improving its compliance program.

8.    Siemens annually invests millions of dollars – along with significant time and other resources – to create effective compliance tools, policies, and practices for its many business lines. Substantial personnel are devoted to compliance-related issues.

9.    These tools, policies, and practices continue to form the basis for Siemens' current proprietary compliance program. They include, among other things:

   a) Tools and processes governing approval for customer projects and contracts that involve detailed risk reports based on, among other factors, the business partners and project values at issue;

   b) Policies, practices, and tools regarding the reporting of suspected compliance-related violations;

   c) Policies and practices relating to investigations of alleged compliance violations and tools facilitating those investigations;

   d) Tools, policies, and practices related to Siemens' finance and controllership functions;

   e) Financial controls, policies, and practices that prevent improper and fraudulent financial and accounting activities and ensure the accuracy of Siemens' books and records;

      f)      Tools, processes, and practices related to pre-retention due diligence and post-retention oversight of business counterparties; and

      g)      Policies, practices, and controls related to procurement.

10.    The Monitor played an important role in the development of Siemens' compliance program. Among other things, the four annual reports the Monitor submitted to the DOJ contained detailed commentary and analysis of the strengths and weaknesses of various components of the program and recommendations for improvement of the same. The Monitor's reviews, analyses, and recommendations have provided Siemens with valuable feedback on its compliance program, including areas in which it can continue to improve.

### IMPORTANCE OF SIEMENS' COMPLIANCE PROGRAM

11.    Siemens has made compliance a permanent part of its business processes, decision-making, and management within its operating units and global regions. Information reflecting the development and implementation of Siemens' compliance program therefore reflects information about its business operations, interactions with customers and business partners, and overall management.

12.    Moreover, because the Siemens group of companies operates in nearly 200 countries around the world, its compliance program is tailored to ensure that the Siemens group of companies adheres to the local laws and regulations that govern its operations worldwide.

13.    Siemens' financial controls and compliance policies, processes, and tools are geared toward providing Siemens with an advantage over its competitors by mitigating exposure to legal and regulatory risk for itself, its business partners, and its customers. Siemens' compliance program enables it to avoid or detect possible violations of its own policies and the civil, criminal, and administrative laws of the jurisdictions in which it operates.

14.     Siemens' compliance program helps it to obtain business opportunities that it might not have otherwise received. Some of the materials at issue in this litigation describe how Siemens' compliance program has afforded it a competitive advantage by, among other things, helping it win business from new customers and influence existing customers to expand their business with Siemens. Siemens' compliance program is intended to be attractive to potential customers and business partners who prefer counterparties that have earned a reputation for conducting clean business.

15.     Disclosure of the materials subject to 100Reporters' FOIA request – which reflect proprietary information about Siemens' compliance program and business operations – would cause Siemens substantial competitive harm. These materials contain extensive and nonpublic operational details of the components of Siemens' compliance program, and, taken together, constitute a blueprint of that program. If they were released, a competitor could copy Siemens' compliance program in whole or in part and tailor the program to its particular business without incurring the significant costs that Siemens did in creating its compliance program.

## MATERIALS AT ISSUE

### Monitor Reports and Related Presentations/Documents

16.     The Monitor submitted to the DOJ four annual reports "providing the Monitor's assessment and making recommendations reasonably designed to improve the effectiveness of Siemens' program for ensuring compliance with anti-corruption laws." Statement of Offense, Attachment 2 ¶ 4. Presentations and other documents were also provided to the DOJ that summarized the reports or otherwise provided additional context and information with respect to Siemens' compliance program and financial controls. Siemens treats these documents as confidential and protects them from disclosure to both competitors and the public.

17.     These reports and presentations reflect extensive, probing reviews and descriptions of Siemens' confidential business systems and proprietary compliance policies, practices, and tools. All of the reports describe the Monitor's methodology in conducting the review, provide the Monitor's assessment of Siemens' compliance program in design and in application, and the Monitor's recommendations for improvement. The second, third, and fourth reports evaluate Siemens' implementation of the Monitor's previous recommendations for improvement.

18.     The methodology sections of the reports typically describe and analyze the topical focus areas of the Monitor's review (including proprietary business processes the Monitor evaluated), analyses and testing conducted by the Monitor, employees the Monitor interviewed, and particular country operations, contracts, projects, and bids that the Monitor reviewed as part of his evaluations. The reports also contain the Monitor's assessment and recommendations for improvement of Siemens' compliance program in a number of functional compliance areas, including: (1) compliance policies; (2) anti-corruption training provided to Siemens employees; (3) proprietary compliance tools, including those that govern confidential reporting, lines of approval authority, and competitive bidding; (4) reporting of compliance violations; (5) guidelines, policies, and internal investigations conducted with respect to compliance issues; (6) disciplinary procedures; (7) finance and controllership functions; (8) contracting and procurement with suppliers; (9) mergers and acquisitions; (10) mitigation of risks related to third-party business partners; and (11) sales and marketing.

19.     In conducting his annual reviews, the Monitor selected particular country operations, projects, contracts, and bids as a means to assess the practical application of

...

Siemens' compliance program. Sometimes, the reports detail how Siemens' compliance program would work in hypothetical scenarios.

20. As some of the many examples of highly competitively sensitive commercial information contained in the reports:

  a) Several of the annual reports describe in detail a number of Siemens' business and compliance review and approval tools and processes and recommend specific improvements to the same.

  b) A number of annual reports describe and analyze Siemens' tools, processes, and procedures that regulate the Company's financial transactions and which are designed to prevent and detect fraudulent and corrupt payments.

  c) An annual report describes and evaluates Siemens' process for identifying and mitigating risk associated with Siemens' business projects and customers and includes observations and assessments with respect to specific Siemens' projects and customers.

  d) A number of annual reports describe and evaluate Siemens' systems, policies, and practices concerning how Siemens addresses compliance and business related risks throughout various phases of M&A transactions and include observations and assessments with respect to particular M&A transactions.

  e) An annual report describes, among other things, a particular investigation by Siemens into an allegation of public corruption in the Middle East. The report details the business conduct investigated, identifies by name both the targets of the investigation and the Siemens personnel conducting the investigation, and provides an evaluation of Siemens' response, including the investigation's adherence to confidential policies and practices governing investigations performed by Siemens' personnel.

  f) Another report identifies, among other things, particular Siemens business partners and provides Siemens' assessment of the same, including particular lines of business and subsidiaries of a business partner that are subject to separate due diligence review and approval.

21. Release of the monitor reports and related information would cause Siemens considerable competitive harm. The materials would provide competitors with a roadmap of

Siemens' system and allow those competitors to make affirmative use of the program and information derived from the program without incurring the substantial investment cost Siemens has incurred in developing and continually refining its compliance program. Likewise, release of the information may allow competitors and counterparties to identify and exploit strengths and weaknesses of Siemens and could make it more difficult for Siemens to detect compliance violations.

**Work Plans, Report Exhibits, and Related Documents**

22. The plea agreement between Siemens and the DOJ required the Monitor to submit work plans to the DOJ that set forth such steps as were necessary for the Monitor to effectively evaluate Siemens' compliance program during each of the four years of the monitorship. In addition, each annual report from the Monitor was transmitted with exhibits, the vast majority of which are detailed plans that describe the manner in which the Monitor conducted particular site visits and reviews. The work plans and related documents describe in detail, among other things, the topical focus areas of the Monitor's review (including proprietary business processes the Monitor intended to evaluate), the Monitor's methodology for conducting the review and testing and assessing Siemens' compliance program, employees the Monitor intended to interview, and Siemens' operations, contracts, projects, and bids that the Monitor intended to review. To the extent these documents are in Siemens' possession, Siemens treats them as confidential and protects them from disclosure to both competitors and the public.

23. The Monitor's work plans and related documents were a product of close cooperation between the Monitor and Siemens and the Monitor's review of, among other things, confidential documents related to Siemens' business operations and compliance program.

24.     By their very nature, the work plans and related documents (which constitute hundreds of pages of the documents at issue) are replete with and necessarily reflect information about Siemens' business operations, structure, and compliance controls that Siemens maintains in the strictest confidence. Release of this information would provide competitors with, among other things, considerable insight into how Siemens' compliance program works in practice, areas of the program that are working, and areas that may require improvement, all at little or no cost to the competitor. Accordingly, release of this information would cause Siemens competitive harm.

**Trainings, Internal Siemens Presentations, and Compliance Policies**

25.     A number of Siemens' internal trainings and internal presentations were provided to the DOJ during the course of the monitorship. These documents include, among other things:

   a)    An 81-page internal training presentation that provides training on, among other things (1) major national and international anti-corruption laws; (2) how Siemens conducts diligence on business partners; (3) internal guidelines on gifts and hospitality; (4) internal guidelines and tools related to sponsorships and donations; and (5) collective action.

   b)    A 59-page internal training presentation given to new Siemens compliance officers that describes (1) how Siemens conducts due diligence on business partners; (2) Siemens' proprietary tool for assessing risk concerning business partners; and (3) Siemens' contract approval process.

   c)    A 59-page internal web-based training for Siemens' employees that addresses Siemens' supplier code of conduct and presents a number of hypothetical scenarios to train employees on proper and improper conduct and potential corruption risks.

26.     The trainings and internal presentations at issue are themselves proprietary, and contain detailed and highly sensitive information concerning Siemens' compliance policies, practices, and tools and reflect Siemens' judgment on the most efficient way to, among other things, ensure that Siemens' employees internalize Siemens' compliance program and values.

Siemens invests significant resources to develop its internal presentations and training materials, and works to continually refine them. Siemens treats these documents as confidential and protects them from disclosure to both competitors and the public.

27. During the course of the monitorship, the DOJ also obtained copies of compliance policies and circulars. These documents are customized and describe aspects of Siemens' compliance program. These documents discuss, among other things, internal regulations governing Siemens' interactions with third parties, reporting of compliance violations, and corporate discipline. Siemens has invested significant resources to develop and refine these documents, which are designed to communicate to employees information about Siemens' compliance requirements and processes in a clear and understandable manner. With one exception,[1] Siemens maintains these documents in confidence and does not release them to the public.

28. Release of this information would cause Siemens substantial competitive harm. The materials would provide competitors with a roadmap of aspects of Siemens' best-in-class compliance system and allow those competitors to make affirmative use of the program – and the manner in which Siemens employees adhere to the program – without incurring the substantial investment cost Siemens has incurred in developing and continually refining its compliance practices. Likewise, release of the information may allow competitors and counterparties to identify and exploit strengths and weaknesses of Siemens and could make it more difficult for Siemens to detect compliance violations.

---

[1] The exhibits to the year one report contain a copy of Siemens' Business Conduct Guidelines, which is publicly available.

29. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  New York, New York
        March 15, 2016

By: _____
    Joel Kirsch