**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| 100REPORTERS LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 14-1264 (RC) |
| | : |
| UNITED STATES DEPARTMENT OF JUSTICE, | : |
| | : |
| Defendant, | : |
| | : |
| and | : |
| | : |
| SIEMENS AKTIENGESELLSCHAFT, | : |
| | : |
| Defendant-Intervenor, | : |
| | : |
| and | : |
| | : |
| DR. THEO WAIGEL, | : |
| | : |
| Defendant-Intervenor. | : |

**NOTICE OF RESTORED GOVERNMENT FUNDING**
**AND PROPOSED SCHEDULE**

Pursuant to this Court's Minute Order dated January 22, 2019, the Federal Defendant respectfully notifies the Court that an appropriations act providing funding to the Department of Justice ("DOJ") for a three-week period of time was enacted. Consequently, DOJ attorneys, including the undersigned Assistant United States Attorney assigned to this case, are now authorized by law to resume work on civil matters, including matters that are not "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Moreover, consistent with the Court's January 22nd Order, counsel for the Federal Defendant and Plaintiff conferred and now respectfully propose the following schedule to govern the remaining document productions in this case:

- March 11, 2019          One Report and its attending exhibits

-April 11, 2019           One Report and its attending exhibits

- June 11, 2019           The remaining miscellaneous items

Finally, undersigned counsel apologizes to the Court for filing this Notice one business day out of time. The Court's January 22nd Order requires this Notice to be filed within fourteen days of Congress appropriating funds for DOJ, which placed the deadline on February 11, 2019. Due to the aftermath of the government shutdown, undersigned counsel inadvertently failed to calendar the deadline properly.

February 12, 2019                        Respectfully submitted,

                                         JESSIE K. LIU
                                         D.C. BAR # 472845
                                         United States Attorney

                                         DANIEL F. VAN HORN
                                         D.C. BAR # 924092
                                         Chief, Civil Division

                                  By:    _____//s_____
                                         JOHN C. TRUONG
                                         D.C. BAR #465901
                                         Assistant United States Attorney
                                         555 4th Street, N.W.
                                         Washington, D.C. 20530
                                         Tel: (202) 252-2524
                                         Fax: (202) 252-2599
                                         E-mail: John.Truong@usdoj.gov
                                         Counsel for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 100REPORTERS LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 14-1264 (RC) |
| UNITED STATES DEPARTMENT OF JUSTICE, | : | |
| Defendant, | : | |
| and | : | |
| SIEMENS AKTIENGESELLSCHAFT, | : | |
| Defendant-Intervenor, | : | |
| and | : | |
| DR. THEO WAIGEL, | : | |
| Defendant-Intervenor. | : | |

## [PROPOSED] ORDER

Upon consideration of the Notice of Restored Government Funding and Proposed Schedule and the entire record herein, it is this ___ day of _____, 2019,

**ORDERED** that the January 22, 2019 Minute Order staying all proceedings is hereby **LIFTED**; and

**IT IS FURTHER ORDERED** that the Court adopts the parties' proposed document production schedule as follows:

- March 11, 2019        One Report and its attending exhibits

- April 11, 2019        One Report and its attending exhibits

- June 11, 2019         The remaining miscellaneous items

**SO ORDERED**.

_____
United States District Judge