# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 100REPORTERS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>*Defendant*,<br><br>SIEMENS AKTINGESELLSCHAFT,<br>*Defendant-Intervenor*,<br><br>THEO WAIGEL,<br>*Defendant-Intervenor*. | Civil Action No. 14-1264 (RC) |

## THE PARTIES' NOTICE OF SETTLEMENT IN PRINCIPLE

Pursuant to the Court's February 11, 2020 Minute Order, Plaintiff 100Reporters LLC and Defendant U.S. Department of Justice (collectively "the Parties") conferred and respectfully notify the Court that the Parties have agreed in principle to settle the above-captioned matter. Counsel for the Parties are in the process of preparing the settlement agreement and intend to file a joint stipulation of dismissal as soon as practicable, but no later than April 30, 2020.

[*Signature block on the next page*]

| | |
|---|---|
| Dated: March 31, 2020 | Respectfully submitted, |
| DAVIS WRIGHT TREMAINE LLP | TIMOTHY J. SHEA<br>D.C. BAR # 437437 |
| By: */s/*_____<br>Ronald G. London – Bar No. 456284<br>Patrick Curran - Bar No. 1026302<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Avenue, N.W., Suite 800<br>Washington, DC  20006<br>(202) 973-4200<br>Email: ronnielondon@dwt.com<br>Email: patcurran@dwt.com | United States Attorney<br><br>DANIEL F. VAN HORN<br>D.C. BAR # 924092<br>Chief, Civil Division<br><br>By:  _____//s_____<br>JOHN C. TRUONG<br>D.C. BAR #465901<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2524<br>Fax: (202) 252-2599<br>E-mail: John.Truong@usdoj.gov |
| Counsel for Plaintiff | Counsel for Defendant U.S. Department of Justice |