# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 100REPORTERS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>*Defendant*,<br><br>SIEMENS AKTINGESELLSCHAFT,<br>*Defendant-Intervenor*,<br><br>THEO WAIGEL,<br>*Defendant-Intervenor*. | Civil Action No. 14-1264 (RC) |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff 100Reporters LLC and Defendant United States Department of Justice (collectively the "Parties"), by and through their respective counsel, hereby stipulate and agree to the dismissal of the above-captioned action with prejudice pursuant to a settlement agreement executed by all Parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

[*Signature block on the next page*]

EXHIBIT A

| | |
|---|---|
| Dated: May 1, 2020 | Respectfully submitted, |
| DAVIS WRIGHT TREMAINE LLP | TIMOTHY J. SHEA<br>D.C. BAR # 437437 |
| By: */s/ Patrick Curran*_____<br>Ronald G. London – Bar No. 456284<br>Patrick Curran - Bar No. 1026302<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Avenue, N.W., Suite 800<br>Washington, DC  20006<br>(202) 973-4200<br>Email: ronnielondon@dwt.com<br>Email: patcurran@dwt.com | United States Attorney<br><br>DANIEL F. VAN HORN<br>D.C. BAR # 924092<br>Chief, Civil Division<br><br>By:  _*/s/ John C. Truong*___<br>JOHN C. TRUONG<br>D.C. BAR #465901<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2524<br>Fax: (202) 252-2599<br>E-mail: John.Truong@usdoj.gov |
| Counsel for Plaintiff | Counsel for Defendant U.S. Department of Justice |

EXHIBIT A